UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                     Case No. 2:12−cr−20030−NGE−MKM
                                         Hon. Nancy G. Edmunds

Paul Stewart, et al.,

                Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Paul Stewart

The defendant(s) shall appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 858, Detroit, Michigan, for the following proceeding(s):

- SENTENCING: April 21, 2015 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/C Bethel
                                                     Case Manager

Dated: December 8, 2014