# Exhibit List

| Exhibit Nos. | Description |
| --- | --- |
| 14A | Stewart's grand jury transcript |
| ACD-01 | Due-diligence report on Acadia investment |
| CROCI-03 | Due-diligence report on CROCI investment (12/05) |
| CROCI-04 | Due-diligence report on CROCI investment (1/06) |
| CROCI-07 | Checks from Michael Wayne to Bernard Kilpatrick |
| CROCI-08 | General board minutes approving $20m investment in CROCI (6/06) |
| CROCI-15 | Police and Fire board minutes approving $10m investment in CROCI (12/06) |
| CROCI-20A | Transcript of phone call between Wayne and Kilpatrick (11/07) |
| CROCI-21A | Transcript of phone call between Wayne and Kilpatrick (11/07) |
| CROCI-22A | Transcript of phone call between Wayne and Kilpatrick (11/07) |
| CROCI-23A | Transcript of phone call between Wayne and Kilpatrick (12/07) |
| CROCI-25A | Transcript of phone call between Kilpatrick and Jeffrey Beasley (1/08) |
| ICG-19 | Letter on GM warehouses proposal (9/07) |
| ICG-20 | Police and Fire board minutes approving GM deal (9/07) |
| ORC-03 | Check from Oracle to Kilpatrick Civic Fund (6/06) |
| STM-02 | Email from George Stanton to Anmar Sarafa (6/06) |
| TOWN-1A | Transcript of voicemail from Jeffrey Beasley to Steven Burns |
| ZAJ-10H | Records of Ronald Zajac's billing and the pension boards' payments to Zajac (Jan.–Dec. 2009) |